from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2008–1639.   State ex rel. Sebring v. Alro Steel Corp.**
Franklin App. No. 07AP–679, 2008-Ohio-3625.

**2008–1758.   Shiloh Automotive, Inc. v. Wilkins.**
Board of Tax Appeals, 2004–M–380.